LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Jonathan D. Selbin
State Bar No. 170222
Email:  jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Daniel M. Hutchinson
State Bar No. 239458
Email:  dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson
State Bar No. 290473
Email:  mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH  43215
Telephone:  (614) 224-6000
Facsimile:  (614) 224-6066

GREENWALD DAVIDSON RADBIL PLLC
Aaron D. Radbil
(*pro hac vice* application to be filed)
Email:  aradbil@gdrlawfirm.com
106 East Sixth Street, Suite 913
Austin, Texas 78701
Telephone: (512) 322-3912
Facsimile: (561) 961-5684

BURKE LAW OFFICES, LLC
Alexander H. Burke
(*pro hac vice* application to be filed)
Email:  ABurke@BurkeLawLLC.com
155 N. Michigan Ave. Suite 9020
Chicago, IL 60601
Telephone: (312)729-5288
Facsimile:  (312) 729-5289

Counsel for Plaintiff and the proposed class

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lisa Barnes, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br><br>Defendant. | Case No: 3:18-cv-06520<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE** |

1      Plaintiff Lisa Barnes ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells
2  Fargo"), by and through their undersigned counsel, respectfully submit this Stipulation and
3  [Proposed] Order Staying Case.
4      WHEREAS the above-captioned case—*Barnes v. Wells Fargo Bank, N.A.*, 3:18-cv-
5  06520-EDL (N.D. Cal.)—is a putative TCPA class action concerning alleged auto-dialed and
6  prerecorded auto loan collection calls;
7      WHEREAS, Wells Fargo has reached a settlement in an out-of-district putative TCPA
8  class action, *Prather v. Wells Fargo Bank, N.A.*, No. 17-00481 (N.D. Ill.);
9      WHEREAS, Wells Fargo contends that "the settlement in *Prather*, if approved, will moot
10 Plaintiff Lisa Barnes' claims" (Dkt. 23-1) and contends it will moot the putative class claims
11 asserted in this action;
12     WHEREAS, Wells Fargo filed a motion to stay *Barnes* pending settlement approval
13 proceedings in *Prather*, Dkt. No. 23;
14     WHEREAS, because *Barnes* has not progressed beyond the pleadings stage, Plaintiff
15 agrees to stay *Barnes* pending settlement approval proceedings in *Prather*;
16     WHEREAS, this stipulation is made without prejudice to any party's rights or arguments,
17 including Plaintiff Barnes's ability to seek to participate, as an intervenor or otherwise, in
18 proceedings in *Prather*; and
19     WHEREAS, the parties agree, subject to court approval, that all pending deadlines, be
20 vacated pending settlement approval proceedings in *Prather*;
21     WHEREAS, the parties agree to update the Court with the status of the proceedings in
22 *Prather* within 120 days of the Court's order on this stipulation, and will continue to update the
23 Court every 120 days thereafter;
24     IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective
25 counsel of record, and subject to Court approval, that:
26   The *Barnes* action is stayed pending settlement approval proceedings in *Prather*;
27   All pending deadlines are vacated pending settlement approval proceedings in *Prather*;
28   This stipulation is without prejudice to any party's rights or arguments, including

Plaintiff's ability to seek to participate, as an intervenor or otherwise, in proceedings in *Prather*, and

The parties shall update the Court with the status of the proceedings in *Prather* within 120 days of the Court's order on this stipulation, and will continue to update the Court every 120 days thereafter.

**IT IS SO STIPULATED**.

Dated: January 24, 2019      By: */s/ Daniel M. Hutchinson*
                                  Daniel M. Hutchinson

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
State Bar No. 170222
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson
State Bar No. 239458
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Andrew R. Kaufman
(pro hac vice application to be filed)
Email: akaufman@lchb.com
222 Second Avenue South, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (615) 313-9965

MEYER WILSON CO., LPA
Matthew R. Wilson
State Bar No. 290473
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

|   |   |   |
|---|---|---|
| 1 |   | GREENWALD DAVIDSON RADBIL PLLC |
| 2 |   | Aaron D. Radbil |
|   |   | (pro hac vice application to be filed) |
| 3 |   | 106 East Sixth Street, Suite 913 |
|   |   | Austin, Texas 78701 |
| 4 |   | Telephone: (512) 322-3912 |
|   |   | Facsimile: (561) 961-5684 |
|   |   | aradbil@gdrlawfirm.com |

GREENWALD DAVIDSON RADBIL PLLC
Aaron D. Radbil
(pro hac vice application to be filed)
106 East Sixth Street, Suite 913
Austin, Texas 78701
Telephone: (512) 322-3912
Facsimile: (561) 961-5684
aradbil@gdrlawfirm.com

BURKE LAW OFFICES, LLC
Alexander H. Burke
(pro hac vice application to be filed)
ABurke@BurkeLawLLC.com
155 N. Michigan Ave. Suite 9020
Chicago, IL 60601
Telephone: (312)729-5288
Facsimile:      (312) 729-5289

*Attorneys for Plaintiff and the Proposed Class*

Dated: January 24, 2019       By: */s/ Rebecca S. Saelao*
                                   Rebecca S. Saelao

SEVERSON & WERSON
A Professional Corporation
Rebecca S. Saelao (State Bar No. 222731)
rss@severson.com
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Fasimile:  (415) 956-0439

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## ATTESTATION

I, Daniel M. Hutchinson, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Staying Case.  I hereby attest that Rebecca S. Saelao has concurred in this filing.

  */s/ Daniel M. Hutchinson*
    Daniel M. Hutchinson

1  **[PROPOSED] ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3

4

5  Dated ___January 25___, 2019.    _____

6                                    The Honorable Elizabeth D. Laporte
                                     UNITED STATES MAGISTRATE JUDGE