1  SEVERSON & WERSON
   A Professional Corporation
2  Mark D. Lonergan (SBN 143622)
   Email: mdl@severson.com
3  Rebecca S. Saelao (SBN 222731)
   Email: rss@severson.com
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant
7  WELLS FARGO BANK, N.A.

8  LIEFF CABRASER HEIMANN                    MEYER WILSON CO., LPA
   & BERNSTEIN, LLP                          Matthew R. Wilson
9  Daniel M. Hutchinson                      State Bar No. 290473
   State Bar No. 239458                      Email:  mwilson@meyerwilson.com
10 Email:  dhutchinson@lchb.com              1320 Dublin Road, Ste. 100
   275 Battery Street, 29th Floor            Columbus, OH  43215
11 San Francisco, California  94111-3339     Telephone:  (614) 224-6000
   Telephone:  (415) 956-1000                Facsimile:  (614) 224-6066
12 Facsimile:  (415) 956-1008

13 GREENWALD DAVIDSON RADBIL PLLC            BURKE LAW OFFICES, LLC
14 Aaron D. Radbil                           Alexander H. Burke
   (*pro hac vice* application to be filed) (*pro hac vice* application to be filed)
15 Email:  aradbil@gdrlawfirm.com            Email:  ABurke@BurkeLawLLC.com
   106 East Sixth Street, Suite 913          155 N. Michigan Ave. Suite 9020
16 Austin, Texas 78701                       Chicago, IL 60601
   Telephone: (512) 322-3912                 Telephone: (312)729-5288
17 Facsimile: (561) 961-5684                 Facsimile:  (312) 729-5289

18
   Counsel for Plaintiff and the proposed class

19
20                 **IN THE UNITED STATES DISTRICT COURT**
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
21

22 | Lisa Barnes, *on behalf of herself and others similarly situated*, | ) Case No: 3:18-cv-06520 |
23 | | ) |
24 |                    Plaintiff, | ) **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
25 |            v. | ) |
26 | Wells Fargo Bank, N.A., | ) |
27 |                    Defendant. | ) |
28 | _____ | ) |

1   WHEREAS, Plaintiff Lisa Barnes ("Plaintiff") and Defendant Wells Fargo Bank, N.A.
2   ("Defendant") are parties to the Settlement Agreement reached in *Prather v. Wells Fargo Bank,*
3   *N.A.*, Case No. 17-cv-00481 (N.D. Ill.), Dkt. 80-1, which was granted final approval by the court
4   in *Prather* on December 10, 2019, Dkt. 129.
5   NOW, therefore, Plaintiff and Defendant **HEREBY STIPULATE** pursuant to Federal
6   Rule of Civil Procedure 41(a)(1)(A)(ii) that this case be **DISMISSED WITHOUT**
7   **PREJUDICE**, with the parties to bear their own costs and fees, except as set forth in the parties'
8   Settlement Agreement, *Prather* Dkt. 80-1.
9   **IT IS SO STIPULATED**.

Dated: December 19, 2019         By:   */s/ Daniel M. Hutchinson*
                                       Daniel M. Hutchinson

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
State Bar No. 170222
Email:  jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson
State Bar No. 239458
Email:  dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Andrew R. Kaufman
(pro hac vice application to be filed)
Email: akaufman@lchb.com
222 Second Avenue South, Suite 1640
Nashville, TN 37201
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

|   |   |
|---|---|
| 1 | MEYER WILSON CO., LPA |
| 2 | Matthew R. Wilson<br>State Bar No. 290473<br>mwilson@meyerwilson.com |
| 3 | 1320 Dublin Road, Ste. 100<br>Columbus, OH 43215 |
| 4 | Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066 |

MEYER WILSON CO., LPA
Matthew R. Wilson
State Bar No. 290473
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

GREENWALD DAVIDSON RADBIL PLLC
Aaron D. Radbil
(pro hac vice application to be filed)
106 East Sixth Street, Suite 913
Austin, Texas 78701
Telephone: (512) 322-3912
Facsimile: (561) 961-5684
aradbil@gdrlawfirm.com

BURKE LAW OFFICES, LLC
Alexander H. Burke
(pro hac vice application to be filed)
ABurke@BurkeLawLLC.com
155 N. Michigan Ave. Suite 9020
Chicago, IL 60601
Telephone: (312)729-5288
Facsimile:      (312) 729-5289

*Attorneys for Plaintiff and the Proposed Class*

Dated: December 19, 2019       By:   */s/ Rebecca S. Saelao*
                                       Rebecca S. Saelao

SEVERSON & WERSON
A Professional Corporation
Rebecca S. Saelao (State Bar No. 222731)
rss@severson.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Fasimile: (415) 956-0439

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**ATTESTATION**

I, Rebecca Saelao, am the ECF user whose identification and password are being used to file this document. I hereby attest that the above signatories have concurred in this filing.

   */s/ Rebecca Saelao*