SEVERSON & WERSON
A Professional Corporation
Mark D. Lonergan (SBN 143622)
Email: mdl@severson.com
Rebecca S. Saelao (SBN 222731)
Email: rss@severson.com
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>Daniel M. Hutchinson<br>State Bar No. 239458<br>Email: dhutchinson@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | MEYER WILSON CO., LPA<br>Matthew R. Wilson<br>State Bar No. 290473<br>Email: mwilson@meyerwilson.com<br>1320 Dublin Road, Ste. 100<br>Columbus, OH 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066 |
| GREENWALD DAVIDSON RADBIL PLLC<br>Aaron D. Radbil<br>(*pro hac vice* application to be filed)<br>Email: aradbil@gdrlawfirm.com<br>106 East Sixth Street, Suite 913<br>Austin, Texas 78701<br>Telephone: (512) 322-3912<br>Facsimile: (561) 961-5684 | BURKE LAW OFFICES, LLC<br>Alexander H. Burke<br>(*pro hac vice* application to be filed)<br>Email: ABurke@BurkeLawLLC.com<br>155 N. Michigan Ave. Suite 9020<br>Chicago, IL 60601<br>Telephone: (312)729-5288<br>Facsimile: (312) 729-5289 |

Counsel for Plaintiff and the proposed class

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Barnes, *on behalf of herself and others similarly situated*,<br><br>               Plaintiff,<br><br>  v.<br><br>Wells Fargo Bank, N.A.,<br><br>               Defendant. | Case No: 3:18-cv-06520<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

| | |
|---|---|
| 1 | WHEREAS, Plaintiff Lisa Barnes ("Plaintiff") and Defendant Wells Fargo Bank, N.A. |
| 2 | ("Defendant") are parties to the Settlement Agreement reached in *Prather v. Wells Fargo Bank,* |
| 3 | *N.A.*, Case No. 17-cv-00481 (N.D. Ill.), Dkt. 80-1, which was granted final approval by the court |
| 4 | in *Prather* on December 10, 2019, Dkt. 129. |

NOW, therefore, Plaintiff and Defendant **HEREBY STIPULATE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this case be **DISMISSED WITHOUT PREJUDICE**, with the parties to bear their own costs and fees, except as set forth in the parties' Settlement Agreement, *Prather* Dkt. 80-1.

**IT IS SO STIPULATED**.

Dated: December 19, 2019     By:  */s/ Daniel M. Hutchinson*
                                  Daniel M. Hutchinson

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin
State Bar No. 170222
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson
State Bar No. 239458
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Andrew R. Kaufman
(pro hac vice application to be filed)
Email: akaufman@lchb.com
222 Second Avenue South, Suite 1640
Nashville, TN 37201
Telephone:  (615) 313-9000
Facsimile:  (615) 313-9965

|     |     |     |
| --- | --- | --- |
| 1   |     | MEYER WILSON CO., LPA<br>Matthew R. Wilson<br>State Bar No. 290473<br>mwilson@meyerwilson.com<br>1320 Dublin Road, Ste. 100<br>Columbus, OH  43215<br>Telephone:  (614) 224-6000<br>Facsimile:  (614) 224-6066<br><br>GREENWALD DAVIDSON RADBIL PLLC<br>Aaron D. Radbil<br>(pro hac vice application to be filed)<br>106 East Sixth Street, Suite 913<br>Austin, Texas 78701<br>Telephone: (512) 322-3912<br>Facsimile: (561) 961-5684<br>aradbil@gdrlawfirm.com<br><br>BURKE LAW OFFICES, LLC<br>Alexander H. Burke<br>(pro hac vice application to be filed)<br>ABurke@BurkeLawLLC.com<br>155 N. Michigan Ave. Suite 9020<br>Chicago, IL 60601<br>Telephone: (312)729-5288<br>Facsimile:      (312) 729-5289<br><br>*Attorneys for Plaintiff and the Proposed Class* |

Dated: December 19, 2019    By:   /s/ Rebecca S. Saelao
                                       Rebecca S. Saelao

Dated: 12/20/19

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

SEVERSON & WERSON
A Professional Corporation
Rebecca S. Saelao (State Bar No. 222731)
rss@severson.com
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Fasimile:  (415) 956-0439

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**ATTESTATION**

I, Rebecca Saelao, am the ECF user whose identification and password are being used to file this document.  I hereby attest that the above signatories have concurred in this filing.

  /s/ Rebecca Saelao